Argued April 25, affirmed May 22, 1978

STATE OF OREGON, *Respondent,*
*v.*
WILLIAM ALTON BRYANT, *Appellant.*
(No. 77-139C, CA 9556)
579 P2d 255

James A. Mountain, Jr., Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Donald L. Paillette, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and Al J. Laue, Solicitor General, Salem.

Before Schwab, Chief Judge, and Thornton, Tanzer and Buttler, Judges.

PER CURIAM.

Affirmed. *State v. Dinkel,* 34 Or App 375, 579 P2d 245 (1978).